| | |
|---|---|
| 1  JOSEPH P. RUSSONIELLO (CABN 44332) | **CHAMBER'S COPY** |
|    United States Attorney | |
| 2 | |
|    BRIAN J. STRETCH (CABN 163973) | |
| 3  Chief, Criminal Division | |
| 4  RICHARD D. GREEN (PABN 43758) | |
|    Trial Attorney, U.S. Department of Justice | |
| 5 | MAY 2 1 2008 |
|    450 Golden Gate Avenue, Box 36055 | |
| 6  San Francisco, California 94102 | Richard W. |
| | Clerk, U.S. Dist. **FILED** |
| 7  1301 New York Avenue NW | Northern District of Cal. |
|    Washington, D.C. 20530 | |
| 8  Telephone: (202) 616-3475 | MAY 2 7 2008 |
| 9  Attorneys for Plaintiff | RICHARD W. WIEKING |
| | CLERK, U.S. DISTRICT COURT |
| 10 | NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:98-cr-00102-EXE  CRB |
|   Plaintiff, | ) | |
| v. | ) | NOTICE OF DISMISSAL |
| JIRAPA TANAVORAVIBOON, | ) | |
| aka "JIRAPA DHANAVARAVIBUL", | ) | (San Francisco Venue) |
| aka "JIRAPA THANAVORAVIBUL", | ) | |
| aka "JIRAPA THANAWORAVIBOON", | ) | |
| aka "JAE JU", | ) | |
| aka "MISS JUNE", | ) | |
| CHATCHAI KIRUNGANANT, | ) | |
| aka "Mr. VIROD", | ) | |
| SURACHAI KITTIRATANASAKUL, | ) | |
| aka "NING NONG", | ) | |
| SUVIT NGAMKARMSUK, | ) | |
| GARY BURTON, | ) | |
|   Defendants. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment as

NOTICE OF DISMISSAL (3:98-cr-00102-EXE)

1 | to the above-captioned individuals without prejudice and moves that the Court quash the arrest
2 | warrant issued in connection with the indictment in this case.

3 | DATED: May 21, 2008                                   Respectfully submitted,

4 |                                                        JOSEPH P. RUSSONIELLO
                                                          United States Attorney
5 |

6 |                                                        BRIAN J. STRETCH
                                                          Chief, Criminal Division
7 |

8 |                                                        **s/ Richard D. Green**
                                                          RICHARD D. GREEN
9 |                                                        Trial Attorney
                                                          Pa. Bar No. 43758
10|                                                        U.S. Department of Justice
                                                          Criminal Division
11|                                                        Computer Crime and Intellectual Property
                                                          Section
12|                                                        1301 New York Avenue NW
                                                          Suite 600
13|                                                        Washington, D.C. 20530
                                                          Telephone: (202) 616-3475
14|                                                        Facsimile: (202) 514-6113
                                                          Email: Richard.Green@usdoj.gov
15|

16|

17|                                      **ORDER**
18|
      Leave is granted to the government to dismiss the indictment as to the above-captioned
19|
    individuals. It is further ordered that the outstanding arrest warrants issued in connection with
20|
    the indictment are quashed.
21|

22|
    Date: May 27, 2008
23|                                                        ~~Hon. Susan Illston~~ Hon. CHARLES R. BReyeR
                                                          United States District Judge
24|

25|

26|

27|

28|

2